**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-50939

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Jeffrey Paul Adsit<br>   Debtors.<br>_____<br>Central Mortgage Company<br>   Movant,<br> vs.<br>Jeffrey Paul Adsit<br>Debtors; David A. Birdsell, Trustee.<br>   Respondents. | No. 2:10-bk-34114-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #17)<br><br>Hearing Date: February 1, 2011 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 11, 2007, and recorded in the office of the Maricopa County Recorder wherein Central Mortgage Company is the current beneficiary and Jeffrey Paul Adsit have an interest in, further described as:

 LOT ONE HUNDRED FIFTY TWO (152), OF WESTERN VILLA UNIT TWO, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 72 OF MAPS, PAGE 26.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.